IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANITA HENSON                                                                                PLAINTIFF

vs.                                            Civil No. 12-1062

ALCOA, INC., ET AL                                                                      DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this 18th day of July, 2012, the plaintiff herein having filed a Notice for Voluntary Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice.

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

by: /s/ Carol Nesbit
      Deputy Clerk